IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER D. BANKS,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:14-cv-00329-VEH-JEO |
| **STATE OF ALABAMA, et al.,** | ) |
| Respondents. | ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the above-styled habeas petition is hereby **DISMISSED WITH PREJUDICE**. The court further **DECLINES** to issue a Certificate of Appealability. *See* 28 U.S.C. § 2253(c)(2).

**DONE** and **ORDERED** this the 3rd day of July, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge